

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:         **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Brown, Kathesha |
| DATE OF BIRTH: | 10/28/77 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A01-0118-01 CR |
| PLACE HELD: | ACC -East |
| DATE OF ARREST: | 5/22/06 |
| TIME OF ARREST: | 1400 |
| PLACE ARRESTED: | Anchorage, AK |
| ARRESTED BY: | John Olson, USMS |

REMARKS:

BOOKED IN ENGLISH:      YES   x           NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.