# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: BROWN, Kathesha      Case Number: A01-0118-01 CR

Sentencing Judicial Officer:     James M. Fitzgerald, Senior U.S. District Court Judge

Date of Original Sentence:     May 22, 2003

Original Offense:     Theft in the Third Degree, Fraudulent Use of A Credit Card

Original Sentence:     8 months imprisonment, 2 years supervised release

Date Supervision Commenced:     October 19, 2004

Asst. U.S. Attorney: Crandon Randell     Defense Attorney: Mary Geddes (FPD)

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 1, 2006, the defendant committed the crime of Driving While Intoxicated, in violation of AMC9.28.020(A). This violation is a Grade C violation. |
| 2 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 1, 2006, the defendant committed the crime of False Information, in violation of AMC8.30.050. This violation is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision 11, "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer," in that the defendant has failed to notify the probation officer of being arrested by the Anchorage Police Department on May 1, 2006. This violation is a Grade C violation. |
| 4 | The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that in February 2006, the defendant failed to submit a written report to the probation officer. This violation is a Grade C violation. |

-1-

| | |
|---|---|
| 5 | The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that in March 2006, the defendant failed to submit a written report to the probation officer. This violation is a Grade C violation. |
| 6 | The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that in April 2006, the defendant failed to submit a written report to the probation officer. This violation is a Grade C violation. |
| 7 | The defendant has violated the Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that in May 2006, the defendant failed to submit a written report to the probation officer. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:


Respectfully submitted,

**REDACTED SIGNATURE**
Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: May 19, 2006

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

-2-

*Petition for Warrant or Summons*
*Name of Offender      :      BROWN, Kathesha*
*Case Number           :      A01-0118-01 CR*

[X]   *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

REDACTED SIGNATURE

James M. Fitzgerald
Senior U.S. District Court Judge

May 22 2006
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

-3-

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: A01-0118-01 CR |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| BROWN, Kathesha ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for BROWN, Kathesha, and in that capacity declare as follows:

On November 27, 2001, the defendant was sentenced to 10 months imprisonment followed by 3 years supervised release for the offenses of Credit Card Fraud, Identity Theft and Conspiracy. Her term of supervision commenced on May 25, 2002.

On February 10, 2003, a petition for warrant for offender under supervised release was filed alleging 5 violations of conditions of supervision.

On May 22, 2003, the defendant was found in violation of her conditions of supervision, her term of supervised release was revoked, she was sentenced to 8 months imprisonment with 2 years of supervised release to follow. This term of supervised release commenced October 19, 2004.

On May 1, 2006, the defendant was arrested by the Anchorage Police Department for the offenses of Driving Under the Influence and False Information. According to the Anchorage Police Department investigation, the defendant was contacted after being involved in a one vehicle accident. When contacted the defendant identified herself as Betty Jones, whom the probation officer knows to be the defendant's sister. Further investigation revealed the defendant was intoxicated, she provided a breath sample that registered a breath alcohol content of .258. After the defendant was remanded to the Anchorage Jail it was discovered that she was in possession of her sister's driver's license and a previous booking photograph helped determine her true identity. She was subsequently charged with a crime of False Information.

On May 1, 2006, Anchorage Police Officer Mills contacted the probation officer and informed her the defendant had been arrested on the above listed crimes. As of this date, the defendant has not contacted the probation officer to report police contact or having been arrested.

During the months of February, March, April and May of 2006, the defendant failed to submit monthly supervision reports to the probation officer.

Executed this 19th, day of May, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

REDACTED SIGNATURE
Beth Mader
U.S. Probation Officer