```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs <u>KATESHA LASHON BROWN</u>     CASE NO. <u>3:01-cr-00118-RRB</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>            JOHN D. ROBERTS            </u>

DEPUTY CLERK/RECORDER: <u>            APRIL KARPER            </u>

UNITED STATES ATTORNEY: <u>            TOM BRADLEY            </u>

DEFENDANT'S ATTORNEY: <u>      MARY GEDDES - APPOINTED      </u>

U.S.P.O.: <u>                  BETH MADER                  </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD MAY 23, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:40 p.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to
   defendant: waived reading.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.            </u>

<u>X</u> Financial Affidavit **FILED**.
   <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1 thru 7 of the Petition to</u>
   <u>Revoke Supervised Release.</u>

<u>X</u> Consent to be filed within <u>7</u> days or case shall be
   transferred to U.S. District Judge.

<u>X</u> Bond set at<u> $2,000.00 unsecured   </u>; Appearance Bond **FILED.**

<u>X</u> Order Setting Conditions of Release **FILED.**

<u>X</u> Release Order **SIGNED.**

<u>X</u> OTHER:<u> Kim Scull sworn and testified on behalf of the     </u>
<u>defendant as a third party custodian. Court and counsel heard re</u>
<u>defendant's oral motion to release the defendant with conditions;</u>
**GRANTED.** <u>List of Witnesses filed separately.</u>

At 3:12 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal's Service; one copy forwarded to docketing.

DATE: <u>     May 23, 2006        </u>     DEPUTY CLERK'S INITIALS: <u>  ak  </u>