IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Katesha Lashon Brown

CASE NO: 3:01-cr-00118-RRB

---

Defendant Katesha Lashon Brown, has this date met the bail conditions indicated below and is ordered discharged from custody.

✓ Released to **Kim Scull**, the third party custodian(s).

___ Paid cash bail in the amount of _____ to the Clerk of Court.

✓ Posted unsecured bond in the amount of $2000.00 (appearance bond, signed in court)

___ Posted bond secured by ___ property or ___ surety in the amount of _____ with the Clerk of Court.

___ Surrendered passport to the Clerk of Court.

___ Other: _____

Dated at Anchorage, Alaska this 23rd day of May, 2006

REDACTED SIGNATURE

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal