Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:01-cr-0118-RRB |
| vs. | |
| KATHESHA LASHONE BROWN, | **NOTICE OF INTENT TO PROCEED BEFORE DISTRICT COURT JUDGE** |
| Defendant. | |

      Defendant, Kathesha Lashone Brown, by and through counsel Mary C. Geddes, Assistant Federal Defender, notifies this court that, with respect to the pending petition to revoke, she wishes to proceed to adjudication before the district court judge.

///

///

///

///

///

///

DATED this 30th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes