UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  KATHESHA LASHONE BROWN 

DATE:  June 8, 2006    CASE NO.   3:01-CR-0118-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

An evidentiary hearing on the Petition to Revoke (Docket 66) will be held on **Friday, July 14, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING