UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 USA  v.  KATHESHA LASHONE BROWN 

DATE:  June 19, 2006   CASE NO.  3:01-CR-0118-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
RESCHEDULING NOTICE**

___

Due to a judicial scheduling conflict, the evidentiary hearing set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING