UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

DATE: July 18, 2006

REPLY TO ATTN OF: Beth A. Mader
U.S. Probation/Pretrial Services Officer

SUBJECT: **REQUEST FOR DISPOSITION HEARING and NOTICE OF VIOLATION OF CONDITIONS**
Offender:    BROWN, Kathesha
Case No.:    A01-0118 CR (RRB)

TO: Ralph R. Beistline
U.S. District Court Judge

cc: AUSA Bryan Schroder
AFPD Mary Geddes

At 8:55 a.m., directly after the disposition hearing before the Court this morning, Kathesha Brown submitted to a breathalyzer test, with a blood-alcohol-content (BAC) level result of .290; at 9:30 a.m. she submitted to a second breathalyzer test, with a BAC result of .197; and at 10:02 a.m. she submitted to a third breathalyzer test, with a BAC result of .129. The legal limit for intoxication in Alaska is below .08.

According to the offender, who signed an admission form to the consumption of alcohol, the reason she consumed the alcohol was because she had a fight with her father last night and she is being evicted from her parents' residence. The offender also claims she drinks because of stress, one of the factors for which is residing under the control of her parents.

Since the offender was legally intoxicated at the time she entered an admission to the violation, it is recommended that the disposition hearing be conducted again once the offender is sober and able to knowingly enter the admission. It is requested that the hearing take place at 1:30 p.m. on Thursday, July 20.

Additionally, because of the offender's behavior this morning and because of the events at her parents' residence, it is recommended that a condition be imposed requiring a term of residency of up to six months in a halfway house, since the offender has no stable residence, has no employment, and continues to consume alcoholic beverages.