**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

 USA   v.   KATHESHA BROWN 

DATE:   July 19, 2006    CASE NO.    3:01-CR-0118-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

A hearing on the Notice of Violation of Conditions will be held on **Thursday, July 20, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING