## UNITED STATES DISTRICT COURT
## District of Alaska

| UNITED STATES OF AMERICA, | **2ND AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| KATESHA LASHON BROWN. | (Original Judgment filed 11/28/01) Case Number: 3:01-cr-00118-01-RRB |
| | Mary C. Geddes |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 05/22/2006 accusing defendant of 7 violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1 and 2 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Driving While Intoxicated | 05/01/2006 | C |
| 2 | Mandatory | False Information | 05/01/2006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 18, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

July 18, 2006
Date

AO245.REV

Defendant: KATESHA LASHON BROWN                     Amended Judgment--Page 2 of 2
Case No.:   3:01-cr-00118-01-RRB

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1. The defendant shall refrain from any use of alcohol and shall submit to no more than 12 alcohol breath tests per month.

2. The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

3. The defendant shall comply with the recommendations made in an evaluation dated June 29, 2006, from Douglas White, LCSW, NCAC II, Licensed Clinical Social Worker, from the Alaska Men's and Women's Center to include individual psychotherapy sessions, along with a Domestic Violence Intervention program.

4. If the defendant completes all requirements of her treatment and has no new violations in accordance with her conditions of supervised release, then the probation officer will notify the court for termination of her supervision at that time.

The term of supervision is not [_] is [X] extended as follows:

2 years of supervised release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV