```
           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF ALASKA


          USA    v.   KATESHA LASHONE BROWN

DATE:   September 11, 2006    CASE NO.   3:01-CR-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

An initial appearance on the arrest warrant will be held on **Tuesday, September 12, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING