

**United States Department of Justice**
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

IN RE:      **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Kathesha Lashone Brown |
| DATE OF BIRTH: | 10/28/77 |
| CHARGE: | Violations of conditions of release |
| CASE NUMBER: | 3:01-CR-0118-RRB |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 9/8/06 |
| TIME OF ARREST: | 2200 |
| PLACE ARRESTED: | Anchorage International Airport |
| ARRESTED BY: | Airport Police |

REMARKS:

BOOKED IN ENGLISH:     YES __x__     NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.