# United States District Court
для the
# DISTRICT OF ALASKA

RECEIVED
U.S. MARSHAL SERVICE
2006 SEP 20 AM 8 02

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Kathesha Lashon Brown ) | Case Number: A01-0118-014-CR <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Kathesha Lashon Brown and bring her forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging her with three violations of her term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

9/20/06
Date

---

| **RETURN OF SERVICE** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: <br><br> US MARSHALS SERVICE CELLBLOCK |

| Date Received: 09/20/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 09/20/2006 | STACY MELTON <br> SDUSM | |