```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   KATESHA LASHON BROWN       CASE NO.  3:01-CR-00118-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       SUZANNETTE DAVID / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     CRANDON RANDELL

DEFENDANT'S ATTORNEY:        MARY GEDDES

U.S.P.O.:                    BETH MADER
```

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE Held 09/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

Court and counsel heard re defendant's oral motion to continue hearing **GRANTED**.

Continued Initial Appearance on Petition to Revoke Supervised Release set for 10/13/06 at 1:30 p.m.

At 1:36 p.m. court adjourned.

DATE: SEPTEMBER 27, 2006      DEPUTY CLERK'S INITIALS: SCD/CME