UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   KATHESA BROWN

DATE:   October 6, 2006           CASE NO.   3:01-CR-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

The hearing on the petition to revoke scheduled for October 13, 2006, is **RESCHEDULED** and will be held on **Thursday, October 19, 2006, at 8:15 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING