```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   KATESHA LASHON BROWN      CASE NO. 3:01-CR-00118-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:   CRANDON RANDELL

DEFENDANT'S ATTORNEY:      MARY GEDDES

U.S.P.O.:                  BETH MADER

PROCEEDINGS: FINAL DISPOSITION HEARING (CONTINUED INITIAL
             APPEARANCE PETITION TO REVOKE SUPERVISED RELEASE
             Held 10/19/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:14 a.m. court convened.

 X INITIAL APPEARANCE RE: VIOLATIONS OF SUPERVISED
RELEASE:

    X Defendant **ADMITTED** allegations 1 and 2 of the 5/22/06
      petition (dkt 66) and allegations 2 and 3 of the 9/20/06
      petition (dkt 94).

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

 X Sentence imposed as stated in the judgment.

 X OTHER: Defendant remanded to the custody of the U.S. Marshal.

At 8:25 a.m. court adjourned.

DATE:     October 19, 2006       DEPUTY CLERK'S INITIALS:   SCL