UNITED STATES DISTRICT COURT
District of Alaska

| UNITED STATES OF AMERICA, | 3RD AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | (For Revocation of Supervised Release) For Offenses Committed On or After November 1, 1987 |
| KATESHA LASHON BROWN. | (Original Judgment filed 11/28/01) Case Number: 3:01-CR-00118-01-RRB Mary Geddes Defendant's Attorney |

Defendant's probation officer filed a petition on  5/22/06 and 9/20/06  accusing defendant of  7 and 3  violations of the conditions of supervision provided in the original judgment. Defendant admitted to allegations 1 and 2 of the 5/22/06 petition and allegations 2 and 3 of the 9/20/06 petition . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Driving While Intoxicated | 5/01/2006 | C |
| 2 | Mandatory | False Information | 5/01/2006 | C |
| 2 | Special | Consumed Alcohol | 7/18/2006 | NC |
| 3 | Standard | Absconded From Supervision | 7/20/2006 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

OCTOBER 19, 2006

_REDACTED SIGNATURE_

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

October 18, 2006
Date

AO245.REV

Defendant: KATESHA LASHON BROWN  
Case No.: 3:01-CR-00118-RRB  

3rd Amended Judgment--Page 2 of 3

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ___8 MONTHS___.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
        [_] at _____ a.m. / p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
        [_] before 2 p.m. on _____.
        [_] as notified by the United States Marshal.
        [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                            United States Marshal

                     By _____
                            Deputy Marshal

AO245.REV

Defendant: KATESHA LASHON BROWN           3rd Amended Judgment--Page 3 of 3
Case No.:  3:01-CR-00118-RRB

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

The term of supervision is extended as follows:

    2 years of supervised release.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV