

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:    **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Brown, Katheshia |
| DATE OF BIRTH: | |
| CHARGE: | Viol. Supervised Release |
| CASE NUMBER: | A04-cr-0118 |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 07/09/2007 |
| TIME OF ARREST: | 15:30 pm |
| PLACE ARRESTED: | Anchorage |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:    YES _____    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM David Long at (907)271-5700. THANK YOU.