PROB 12C
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
JUL 0 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: BROWN, Kathesha                Case Number: A01-0118-014 CR

Sentencing Judicial Officer:        Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:          May 22, 2003

Original Offense:                   Theft in the Third Degree, Fraudulent Use of A Credit Card

Original Sentence:                  Eight months imprisonment, Two years supervised release

Date Supervision Commenced:         October 19, 2004

Asst. U.S. Attorney: Crandon Randell            Defense Attorney: Mary Geddes (FPD)

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated Standard Condition of Supervision 2, "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." The defendant failed to complete a written monthly report within the first five days of June, 2007, and as of the filing of this petition a written report has not been received. This violation is a Grade C violation. |
| 2 | The defendant has violated Standard Condition of Supervision 6, "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." On or before May 27, 2007, the defendant established a new residence without informing the probation officer. On May 27, 2007, during an attempted home contact, the defendant's mother stated the defendant had not been home (her parent's home and recorded residence) for the last few days as she (the defendant) had obtained her own apartment. This allegation is further evidenced by information obtained during a telephonic conversation on June 25, 2007, at which time the defendant's father reported to the probation officer that the defendant was not residing in his residence, but had obtained her own apartment. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
*Name of Offender*      :      BROWN, Kathesha
*Case Number*           :      A01-0118-01 CR

| | |
|---|---|
| 3 | The defendant has violated the Standard Condition of Supervision 13, "the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer." On June 19, 2007, during a telephonic conversation with the defendant, USPO Astle instructed the defendant to report to the probation office before lunch (noon) the following day, June 20, 2007. The defendant failed to report as instructed on June 20, 2007. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE
_____
Timothy M. Astle
U.S. Probation/Pretrial Services Officer
Date: June 28, 2007

Approved by:

REDACTED SIGNATURE
_____
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

*Petition for Warrant or Summons*
*Name of Offender*     :     BROWN, Kathesha
*Case Number*          :     A01-0118-01 CR

[ ]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

**REDACTED SIGNATURE**
_____
Ralph R. Beistline
U.S. District Court Judge

July 3, 2007
_____
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
# DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case Number: A01-0118-01 CR |
| ) | |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| ) | |
| BROWN, Kathesha ) | |

I, Timothy Astle, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for BROWN, Kathesha, and in that capacity declare as follows:

On November 27, 2001, the defendant was sentenced to 10 months imprisonment followed by three years supervised release for the offenses of Credit Card Fraud, Identity Theft and Conspiracy. Her term of supervision commenced on May 25, 2002.

On February 10, 2003, a Petition for Warrant or Summons for Offender Under Supervised Release was filed alleging five violations of conditions of supervised release.

On May 22, 2003, the defendant was found in violation of her conditions of supervised release, her term of supervised release was revoked, and she was sentenced to eight months imprisonment with two years of supervised release to follow.

On October 19, 2004, the defendant released from imprisonment and commenced a second term of supervised release in this case.

On September 19, 2006, a Petition for Warrant or Summons for Offender Under Supervised Release was filed alleging three violations of conditions of supervised release.

On October 19, 2006, the defendant was found in violation of her conditions of supervised release, her term of supervised release was revoked, and she was sentenced to eight months imprisonment with two years of supervised release to follow.

On May 4, 2007, the defendant released from imprisonment and commenced a third term of supervised release in this case.

On May 7, 2007, the defendant reported to the United States Probation Office at Anchorage and met with supervising United States Probation Officer (USPO) Tim Astle. The defendant and USPO Astle reviewed the defendant's conditions of supervised release. The defendant reported that she was unemployed and residing in her parents home located at 3791 Winterset Drive in Anchorage. The defendant was instructed to report back to the probation office in two weeks, on Monday, May 21, 2007, if she had not yet secured employment.

On May 21, 2007, the defendant left a voice mail message for USPO Astle stating that she had secured employment at a, "coffee shop" and provided a telephone number to her new employer.

On May 22, 2007, the probation office received information that the defendant's cell phone had been lost or stolen and was being used by an individual who was reportedly suicidal. The Anchorage Police Department became involved after a call was made to the 911 Emergency Dispatch Center from the defendant's cell phone.

Declaration in Support of Petition
BROWN, Kathesha - A01-0118-014 CR (RRB)

After making contact with the defendant's mother and father, it was ascertained that the defendant was safe, had been located at a restaurant in Girdwood, Alaska, with her sister, and according to the defendant's father, he would bring the defendant to the probation office the following morning, May 23, 2007.

On May 23, 2007, USPO Astle made numerous unsuccessful attempts to contact the defendant telephonically utilizing the defendant's reported cell phone number, employer phone number, and residential phone number. The probation officer then contacted the defendant's father who indicated he was also attempting to locate the defendant and once he did, he would bring her to the probation office.

On May 24, 2007, USPO's Astle and McCormick attempted to make contact with the defendant at her reported residence, her parent's residence. Collateral contact was made with the defendant's mother who reported that the defendant had not been at the residence for a few days, but had rented an apartment. However, the defendant's mother reported that she did not know the address or approximate location of the defendant's new apartment.

On May 25, May 29, June 4, and June 11, 2007, USPO Astle continued in attempts to telephonically contact/locate the defendant utilizing her reported cell phone number, employers phone number, residential phone number, and even her sister's cell phone number. All attempts were unsuccessful. The phone number provided by the defendant as her employers phone number was never answered in any attempt and reverse look-up options did not provide name or location information associated with the particular number.

On June 18, 2007, USPO Astle was able to leave a voice mail message on the defendant's cell phone for the first time. Previously, this option had not been available since the cell phone had been reported lost or stolen.

On June 19, 2007, USPO Astle received a voice mail message from the defendant at 2:16 a.m. in which she reported that she had received this officers voice mail message and she would report to the probation office between 3:00 p.m. and 4:00 p.m. that same date (June 19, 2007).

On June 19, 2007, at approximately 4:23 p.m., the defendant called USPO Astle and informed him that she was at a girlfriends house and had no ride to get to the probation office. In addition, she reported that she could not locate her State of Alaska identification card, which is necessary identification to enter the Federal Building where the USPO office is located. Therefore, this officer instructed the defendant to report to the nearest Division of Motor Vehicle (DMV) office the following morning, obtain a duplicate identification (ID) card, and then report to the probation office before lunch.

On June 20, 2007, the defendant called USPO Astle and reported that she had obtained a copy of her birth certificate from the Alaska Office of Vital Statistics so that she could obtain a duplicate Alaska ID card. She reported that she was on her way to the DMV office and would then report to the USPO office.

On June 20, 2007, the defendant failed to report to the probation office.

On June 21, 2007, USPO Astle attempted to contact the defendant telephonically by calling her cell phone number. USPO Astle was informed via electronic message that the cell phone number was no longer in service.

On June 25, 2007, USPO Astle made numerous telephonic attempts to locate the defendant. In one attempt, USPO Astle spoke to the defendant's father who verified that he had seen the defendant the prior day. The defendant's father verified that she had obtained her own apartment, and provided USPO Astle with the defendant's new cell phone number. USPO Astle called the new number and was able to leave a voice mail

**Declaration in Support of Petition**
*BROWN, Kathesha - A01-0118-014 CR (RRB)*

message for the defendant instructing her to report in person to the probation office before 4:00 p.m. that same date (June 25, 2007.)

On June 26, 2007, USPO's Astle and Liedike proceeded to the defendant's parents residence in an attempt to locate the defendant or gain information regarding her whereabouts. No contact was made and no information was obtained as a result.

As of the filing of this petition, June 28, 2007, the defendant has not submitted a written monthly report for the month of May, 2007, and her current employment, residence, and whereabouts are unknown.

Executed this 28th day of June, 2007, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

REDACTED SIGNATURE
------------------------------
Timothy M. Astle
U.S. Probation Officer