MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KATHESHA LASHON BROWN__ CASE NO. __3:01-CR-00118-01-RRB__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER: __SAMANTHA LARK/CAROLINE EDMISTON__

UNITED STATES' ATTORNEY: __CRANDON RANDELL__

DEFENDANT'S ATTORNEY: __MARY GEDDES APPOINTED__

U.S.P.O.: __TIM ASTLE__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
RELEASE HELD 07/10/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:05 p.m. court convened.

__X__ Copy of Petition to Revoke Supervised Release given to defendant: read.

__X__ Defendant sworn.

__X__ Defendant stated true name: __same as above__

__X__ Defendant advised of general rights, charges and penalties.

__X__ Financial Affidavit **FILED**. Federal Public Defender accepted appointment; FPD notified.

__X__ Defendant **DENIED** allegations __1,2,3 of the__ Petition to Revoke Supervised Release

__X__ Consent to be filed on or before **July 13, 2007** or matter shall be transferred to a U.S. District Judge.

__X__ Defendant detained/Detention Hearing set for **July 16, 2007 at 2:30 p.m.** before Magistrate Terrence W. Hall in Anchorage.

__X__ Order of Temporary Detention Pending Hearing **FILED.**

At 3:17p.m. court adjourned.


DATE: __July 10, 2007__          DEPUTY CLERK'S INITIALS: __sal/cme__

Revised 6-18-07