# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
JUL 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: A01-0118-014-CR |
| vs. | **WARRANT FOR ARREST** |
| Kathesha Lashon Brown | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Kathesha Lashon Brown and bring her forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging her with three violations of her term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

July 5, 2007
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE, AK | | |
| Date Received: 7/5/07  Date of Arrest: 7/9/07 | Name and title of arresting officer: DUSM JOHN OLSON | Signature of arresting officer: |