Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                    Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**STATUS REPORT** |

Defendant, Kathesha Lashone Brown, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this status report with the court.

Earlier this week, Ms. Brown appeared in this court to answer allegations that she violated conditions of her supervised release.  She denied those allegations.

The parties are discussing a possible resolution of the allegations before the court. In light of this development, Ms. Brown intends (in a separate motion) to move to vacate the detention hearing currently set for Monday, July 16, to accommodate such discussion.  Should the parties ultimately agree to adjudicate the allegations, Ms. Brown intends to proceed before the magistrate judge for that determination.

The probation officer is out today, and undersigned counsel is out Monday through Wednesday of next week.  Because of these circumstances, Ms. Brown respectfully suggests that no further hearing be scheduled at this time, but that she file a status report by next Friday, July 20, 2007.  By that date, the parties will be able to indicate whether an agreement has been reached or whether the adjudication should go forward before the magistrate-judge.  Ms. Brown agrees to remain in custody until that time.

DATED this 13th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 13, 2007, a copy of the
foregoing document, with attachments, was
served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes