Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**UNOPPOSED MOTION TO VACATE DETENTION HEARING**,<br>Filed on Shortened Time |

Defendant, Kathesha Lashone Brown, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves to vacate the detention hearing scheduled for Monday, July 16, 2007.  This motion is unopposed by Assistant United States Attorney Crandon Randell.

Earlier this week, Ms. Brown appeared in this court to answer allegations that she violated conditions of her supervised release.  She denied those allegations.  The parties are discussing a possible resolution of the allegations before the court.  In light of this development, Ms. Brown moves to vacate the detention hearing currently set for Monday, July 16, to accommodate such discussion.  Ms. Brown understands that the practical result of this motion is that she will remain in custody for the meantime.

DATED this 13th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 13, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes