UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                    Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**PROPOSED**<br>**ORDER VACATING**<br>**DETENTION HEARING** |

   After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

   After due consideration of defendant's unopposed motion to vacate detention hearing, the motion is GRANTED.  The detention hearing scheduled for Monday, July 16, 2007, is hereby VACATED.

   DATED _____, 2007, in Anchorage, Alaska.

                 _____
                  Terrance W. Hall
                  United States Magistrate Judge