UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**ORDER VACATING<br>DETENTION HEARING** |

        After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

        After due consideration of defendant's unopposed motion to vacate detention hearing, the motion is GRANTED.  The detention hearing scheduled for Monday, July 16, 2007, is hereby VACATED.

        DATED July 13, 2007, in Anchorage, Alaska.

                                            /s/ Terrance W. Hall
                                          TERRANCE W. HALL
                                          United States Magistrate Judge

*United States v. Kathesha Lashone Brown*                                                         Page 1
Case No. 3:01-cr-0118-RRB-JDR

ORDER @109 Vacating Detention Hearing
Entered at direction of
Judge Terrance W. Hall

3-01-cr-00118-RRB-JDR                                                             07/13/2007; Page 1 of 1