Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**STATUS REPORT** |

        Defendant, Kathesha Lashone Brown, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this status report with the court.  Ms. Brown, cited for violations of her supervised release in a petition to revoke; notifies this court that she will admit the specific allegations in the petition.  Therefore, this court should schedule only one hearing, i.e., a combined adjudication/disposition hearing, before the district court judge.

        However, because the undersigned would like to prepare a memorandum in advance of a disposition hearing, Ms. Brown requests that the disposition be scheduled for approximately ten days from now.

DATED this 20th day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 20, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ Mary C. Geddes