# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 USA  v.  KATHESHA LASHONE BROWN 

DATE:  July 24, 2007   CASE NO.   3:01-CR-0118-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **SCHEDULING HEARING**

---

Pursuant to the Status Report filed by Defendant at Docket 112, an adjudication/disposition hearing will be held on **Thursday, August 2, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING