Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KATHESHA LASHONE BROWN,<br><br>            Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE COMBINED ADJUDICATION/DISPOSITION**<br>*Filed on Shortened Time* |

       Defendant, Kathesha Lashone Brown, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court to reschedule the combined adjudication/disposition in her case, which is scheduled for Thursday, August 1, 2007.  Ms. Brown's attorney must travel out of district on Thursday.  The attorney for the government, Assistant United States Attorney Crandon Randell, does not oppose this motion.  The Probation Officer, Tim Astle, does not oppose this motion.  Because Mr. Astle will be on personal leave until August 21, he asks that the disposition be continued until that date.

       The undersigned apologizes for this late submission, as she intended to file this on Monday, July 30, 2007, but did not, due to an oversight.

DATED this 31st day of July, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 31, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

and a copy was served via facsimile on:

Tim Astle, Probation Officer
(907) 271-3060

/s/ Mary C. Geddes