UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>              Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>**PROPOSED<br>ORDER CONTINUING<br>ADJUDICATION/DISPOSITION** |

After due consideration of defendant's Unopposed Motion to Reschedule Adjudication/Disposition, the court GRANTS the motion. The Adjudication/Disposition Hearing, currently scheduled for August 2, 2007, at 9:00 a.m., is rescheduled for _____, 2007, at _____ a.m./p.m.

        DATED _____, 2007, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge