UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KATHESHA LASHONE BROWN,<br><br>                    Defendant. | Case No. 3:01-cr-0118-RRB-JDR<br><br>~~PROPOSED~~<br>**ORDER CONTINUING<br>ADJUDICATION/DISPOSITION** |

After due consideration of defendant's Unopposed Motion to Reschedule Adjudication/Disposition, the court GRANTS the motion. The Adjudication/Disposition Hearing, currently scheduled for August 2, 2007, at 9:00 a.m., is rescheduled for _August 23_, 2007, at _10:00_ a.m./p.m.

DATED _July 31_, 2007, in Anchorage, Alaska.

_S/RRB_
Ralph R. Beistline
United States District Court Judge

*United States v. Kathesha Lashone Brown*     Page 1
Case No. 3:01-cr-0118-RRB-JDR