NELSON P. COHEN
United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov
AK Bar # 8706044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-cr-00118-RRB |
| | ) | |
| Plaintiff, | ) | **Post Disposition** |
| | ) | **Sentencing Memorandum** |
| vs. | ) | |
| | ) | |
| | ) | |
| KATHESHA LASHONE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through counsel, and submits this Post Disposition Sentencing Memorandum.

Ms. Brown faces a disposition hearing on Thursday, August 23, 2007. This disposition hearing is her third such hearing, following her original sentence of

10 months imprisonment for conviction of Credit Card Fraud, Identity Theft, and Conspiracy.

Ms. Brown, in the universe of criminality, is somewhat unusual; she is, for reasons yet to be discerned, unwilling to contact the probation office following her release from incarceration.  She has demonstrated, twice, that eight months in jail is preferable to dialing up her probation officer and saying "Hello."

Therefore, the government is reduced to the position of conceding that Ms. Brown is "not amenable to supervised release based on her repeated failure to abide by two of the foundations of successful supervision, reporting to the probation officer as instructed and being truthful with the probation officer." Information for Disposition Purpose, Aug. 2, 2007, pg. 4.

The government concedes that further imprisonment "may not benefit the defendant." *Id*.  On the other hand, rewarding such conduct sends the message that serving time, in comfortable surroundings, is a better option than having to be bothered calling up a probation officer.  So, with Ms. Brown, the government is reluctantly prepared to admit rehabilitative defeat.

## Recommendation

Eight months in jail, to be followed by no "return to supervision." *Id*.

RESPECTFULLY SUBMITTED this 22nd day of August, 2007, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney


         s/ Crandon Randell
        CRANDON RANDELL
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: crandon.randell@usdoj.gov
        AK Bar # 8706044

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2007
a copy of the foregoing Sentencing
Memorandum was served
electronically on: Mary Geddes


s/ Crandon Randell