```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. KATESHA LASHON BROWN       CASE NO. 3:01-cr-00118-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         THOMAS BRADLEY FOR CRANDON RANDELL

DEFENDANT'S ATTORNEY:            MARY GEDDES

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: ADJUDICATION HEARING (DISPOSITION HEARING ON
             PETITION TO REVOKE SUPERVISED RELEASE)
             HELD AUGUST 23, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Defendant **ADMITTED** allegations 1-3 of the Petition to Revoke
   Supervised Release.

 X Status Hearing / Final Disposition Hearing on Petition to
   Revoke Supervised Release set for **September 17, 2007 at
   8:30 a.m.**

 X Defendant's detention continued.

At 10:44 a.m. court adjourned.




DATE:    August 23, 2007       DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07