MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KATESHA LASHON BROWN__ CASE NO. __3:01-CR-00118-RRB__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            MARY GEDDES

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: STATUS HEARING/FINAL DISPOSITION HEARING ON PETITION
TO REVOKE SUPERVISED RELEASE HELD 09/14/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant **ADMITTED** allegations 1, 2 & 3 of the Petition to Revoke Supervised Release.

_X_ Supervised Release revoked.

_X_ Defendant imprisoned for a period of 90 days on Allegations 1, 2, & 3 this term to run concurrently, with credit for time already served. NO TERM OF SUPERVISION TO FOLLOW.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ OTHER: Court and counsel heard re defendant's State of Alaska pending cases, defendant's plan of action upon release and parties sentencing recommendations.

At 9:55 a.m. court adjourned.


DATE:     September 17, 2007     DEPUTY CLERK'S INITIALS: CME

Revised 6-18-07