RECEIVED
SEP 25 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

KATESHA LASHON BROWN

4th AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 11/28/2001)
Case Number: 3:01-CR-00118-RRB

Mary Geddes
Defendant's Attorney

Defendant's probation officer filed a petition on July 5, 2007 accusing defendant of  3  violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Fail to File Report | 07/05/2007 | C |
| 2 | Standard | Change in Residence | 05/27/2007 | C |
| 3 | Standard | Failure to Report | 06/20/2007 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

SEPTEMBER 14, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

9/20/07
Date

AO245.REV

Defendant: KATESHA LASON BROWN        4^(TH) Amended Judgment-Page 2 of 3
Case No.:   3:01-CR-00118-RRB

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 90 Days on Allegations 1, 2, & 3 this term to run Concurrently with Credit for Time already served.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this district,
    [_]  at _____ a.m. / p.m. on _____.

[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

AO245.REV

Defendant: KATESHA LASHON BROWN  
Case No.: 3:01-CR-00118-RRB  

4Amended Judgment-Page 3 of 3

## SUPERVISED RELEASE

Defendant's supervised release is revoked and no term of supervision to follow.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV